TEXAS & P. RY. CO. et al. v. WEST BROS.
(No. 21—2623.)

(Commission of Appeals of Texas, Section B.
July 7, 1919.)

CARRIERS ☞229(1)—LIVE STOCK—DAMAGE—
LOSS OF FILL.

In an action against a carrier for damage
to a shipment of live stock by delay, if the
shipment was delayed by defendant, and on ac-
count of such delay plaintiffs' cattle were dam-
aged in appearance and lost in weight by reason
of "loss of fill," reasonably in contemplation,
such loss of fill may properly be shown as af-
fecting market value.

Error to Court of Civil Appeals of Fourth
Supreme Judicial District.

On motion for rehearing. Rehearing de-
nied.

For former opinion, which affirms in part
and reverses in part 159 S. W. 142, see 207
S. W. 918.

SADLER, J. The motion for rehearing
should be overruled. It only complains of
the opinion in relation to the discussion of
"fill." The original opinion is not subject to
the criticisms urged. The plaintiffs in er-
ror, by amended and supplemental applica-
tions, complain of the holding of the Court
of Civil Appeals on this question. Writ of
error was granted on these applications. The
cause being reversed, we deemed it proper to
discuss this question.

We think it is clear from what we said that
it is a matter of proof as to whether plain-
tiff suffered any "loss of fill," affecting the
market value of his cattle, and chargeable to
any failure on the part of defendant railway
company. We do not think the language used
by us in the original opinion is capable of
being construed into a holding that plaintiffs
could contract so as to recover because the
cattle had been fed twice en route and there-
by failed to take on "extra fill." Our hold-
ing the verbal contract void destroys such
construction. However, if the shipment was
delayed by the defendant company, and on
account of such delay plaintiffs' cattle were
damaged in appearance and lost in weight
by reason of "loss of fill" reasonably in con-
templation, such "loss of fill" is proper to be
shown, not that plaintiff recovers for "loss
of fill" as such, but their damages in market
value as affected by such loss.

PHILLIPS, C. J. Overruled, as recom-
mended by the Commission of Appeals.

☞For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes